**Order entered October 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00981-CR

**RORY HOGENSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063011**

## ORDER

The Court **GRANTS** court reporter Cindy Bardwell's October 10, 2014 request for an extension of time to file the reporter's record. We **ORDER** Ms. Bardwell to file the complete record, including all exhibits, within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Cindy Bardwell, official court reporter, 59th Judicial District Court, and to counsel for all parties.


/s/    ADA BROWN
       JUSTICE